[No. 69753-6-I.   Division One.   December 9, 2013.]

THE STATE OF WASHINGTON, *Appellant*, v. MILAHN NATHANIEL MOORE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-00925-9, Susan J. Craighead, J., entered December 12, 2012. *Reversed* and *remanded* by unpublished opinion per Dwyer, J., concurred in by Spearman, A.C.J., and Becker, J.

[No. 70397-8-I.   Division One.   December 9, 2013.]

10 NORTH WASHINGTON AVENUE, LLC, *Appellant*, v. THE CITY OF RICHLAND, *Respondent*.

Appeal from a judgment of the Superior Court for Benton County, No. 11-2-00197-8, Bruce A. Spanner, J., entered June 19, 2012. *Affirmed* by unpublished opinion per Cox, J., concurred in by Leach, C.J., and Becker, J.

[No. 42786-9-II.   Division Two.   December 10, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVAN M. VANSYCKLE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-1-02885-2, Susan Serko, J., entered November 8, 2011. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Verellen and Maxa, JJ.

[No. 42840-7-II.   Division Two.   December 10, 2013.]

JOSHUA L. FAW, *Appellant*, v. TARA MILLAM ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-2-05533-4, Stephanie A. Arend, J., entered October 28, 2011. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Worswick, C.J., and Bjorgen, J.